UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rebecca Andrew v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10599-DRH |
| *Tamara Atkinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13000-DRH |
| *Rachel Bianchetta v. Bayer Corporation, et al.* | No. 12-cv-10976-DRH |
| *Mary Dalinsky v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12403-DRH |
| *Karen Davey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11806-DRH |
| *Exalena Dayley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13337-DRH |
| *Dania Diaz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12323-DRH |
| *Karen Erickson v. Bayer Corporation, et al.* | No. 10-cv-10265-DRH |
| *Kristin Harding v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11824-DRH |
| *Laura Jackson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11619-DRH |
| *Shannon Jones v. Bayer HealthCare* | No. 10-cv-12950-DRH |

*Pharmaceuticals Inc., et al.*

| | |
|---|---|
| *Robin Kelly v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12981-DRH |
| *Karyn Lewis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11799-DRH |
| *Michele Obermeyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10441-DRH |
| *Naomi Obinata v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12143-DRH |
| *Amanda Page v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12355-DRH |
| *Katherine Seal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12173-DRH |
| *Kelli Sims v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13764-DRH |
| *Cheryl Tubbs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11852-DRH |
| *Michele Wiedner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11791-DRH |
| *Christine Witt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12353-DRH |
| *Leslie Wood v. Bayer Corporation, et al.* | No. 09-cv-10006-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 24, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                  **NANCY J. ROSENSTENGEL,**
                                                  **CLERK OF COURT**

                                                  **BY:**   */s/Sara Jennings*
                                                             **Deputy Clerk**

Dated: January 27, 2014

Digitally signed by David R. Herndon
Date: 2014.01.27 06:07:18 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT

3